UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMES ROBERT WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-CV-173 SPM |
| ) | |
| STE. GEN. COUNTY SHERIFF'S DEPT. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this  29th  day of September, 2017.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE